**FILED**

FEB 1 0 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:14-mj-00019-KJN |
|---|---|
| Plaintiff, | |
| v. | **ORDER FOR RELEASE OF PERSON IN CUSTODY** |
| MARTIN RUBIO, | |
| Defendant. | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __MARTIN RUBIO__, Case No. 2:14-mj-00019-KJN from custody for the following reasons:

_____   Release on Personal Recognizance

__X__   Bail Posted in the Sum of $ _____

   __X__   Unsecured Appearance Bond $   100,000.00

   _____   Appearance Bond with 10% Deposit

   _____   Appearance Bond with Surety

   _____   Corporate Surety Bail Bond

   _____   (Other): Co-signed by Margarita Martinez, Joel Cortez,

   __X__   Martin Perez, Jr., Judith Perez, Richardo Perez, Ruby

   _____   Lara, and Mario Ublado

Issued at Sacramento, California on February 10, 2014.

By: _____

Magistrate Judge Kendall J. Newman